# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

BILLY GARRISON,
MICHAEL COX, and
SAMMY BREWER                                    PLAINTIFFS

V.                       4:12CV00710 BSM/JTR

KARL BYRD, Sheriff,
Faulkner County Detention Center, et al.            DEFENDANTS

## **ORDER**

On May 1, 2013, Plaintiffs filed a Motion asking the Court to compel Defendants to respond to their first Interrogatories and Requests for Production of Documents. *See* Doc. #25. Defendants have filed a Response explaining that they have provided Plaintiffs with the requested information and documents, or otherwise resolved their discovery disputes. *See* Doc. #28.

IT IS THEREFORE ORDERED THAT Plaintiffs' Motion to Compel (Doc. #25) is DENIED, AS MOOT.

Dated this 4th day of June, 2013.

                                                _____
                                                UNITED STATES MAGISTRATE JUDGE